IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER B. YEREMIAN, Administrator of the Estate of PETER J. YEREMIAN, Deceased<br><br>Plaintiff,<br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,<br><br>Defendant. | CIVIL ACTION<br><br><br>NO. 11-06842 |

## ORDER

**AND NOW**, this 7th day of *February*, 2012, upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's Motion to Dismiss (Docket No. 8) Plaintiff Peter B. Yeremian's Complaint (Docket No. 1) and Answer to Defendant's Motion to Dismiss (Docket No. 11), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the case against it is **DISMISSED**. Nothing in this Order shall preclude Plaintiff from asserting his remaining state law claims in state court. (See footnote 5, p. 14).

The case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.